No. 10–10716.  MCBRIDE v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 10–10717.  LAVIRGNE v. HARTLEY, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 10–10718.  CARTER v. SHERRY, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 10–10719.  DOWNS v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 10–10720.  DIXON v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 10–10722.  HODGES v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 10–10723.  HOOD v. JACKSON, SUPERINTENDENT, BROWN CREEK CORRECTIONAL INSTITUTION.  C. A. 4th Cir.  Certiorari denied.

No. 10–10724.  HERNANDEZ v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 10–10725.  HUNT v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 10–10728.  HARDY v. JONES, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 10–10729.  IRONS v. DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER.  Sup. Ct. Mo.  Certiorari denied.

No. 10–10730.  FRANKLIN v. GEORGIA.  Ct. App. Ga.  Certiorari denied.

No. 10–10732.  ENNIS v. NEVEN, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 10–10733.  DOPP v. OKLAHOMA.  Sup. Ct. Okla.  Certiorari denied.

No. 10–10734.  COBB v. MENDOZA-POWERS, WARDEN.  C. A. 9th Cir.  Certiorari denied.